IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGAN MCLAUGHLIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AFFINITY EMPOWERING, INC.,<br><br>　　　　　Defendant. | CIVIL ACTION<br>NO. 23-4189 |

# ORDER

**AND NOW**, this 22nd day of May 2024, upon receipt of the letter dated May 22, 2024 from Andrew R. Olcese, Esquire, counsel for Plaintiff (Doc. No. 19), it is **ORDERED** as follows:

1. The above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

2. Any outstanding motions are **DENIED AS MOOT**.

3. The Clerk of Court shall close the case for statistical purposes.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky, J.
　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.